■ C.N. Y. ENTERPRISES, INC., Respondent, v GUARDIAN, a Division of NIBCO, INC., Appellant. [726 NYS2d 888] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Murphy, J. (Appeal from Order of Supreme Court, Onondaga County, Murphy, J.—Summary Judgment.) Present—Pigott, Jr., P. J., Wisner, Hurlbutt, Kehoe and Burns, JJ.

■ In the Matter of QUINN S., an Infant. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; KIM S., Appellant. (Appeal No. 1.) [727 NYS2d 670] —Order unanimously affirmed without costs. Memorandum: In this proceeding pursuant to Family Court Act article 10, respondent appeals from orders of fact-finding and disposition adjudging that respondent had neglected her three children. Contrary to respondent's contention, the children's hearsay statements were adequately corroborated and thus constitute sufficient evidence to support the findings of neglect (*see*, Family Ct Act § 1046 [a] [vi]). By failing to request that Family Court draw an adverse inference based on petitioner's failure to call certain witnesses, respondent failed to preserve for our review her present contention that the court erred in failing to do so (*see generally*, *Williams v State of New York*, 254 AD2d 749; *Rochester Gas & Elec. Corp. v State of New York*, 225 AD2d 1047, 1048). (Appeal from Order of Erie County Family Court, Townsend, J.—Neglect.) Present—Pigott, Jr., P. J., Wisner, Hurlbutt, Kehoe and Burns, JJ.

■ In the Matter of DILLON S., an Infant. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; KIM S., Appellant. (Appeal No. 2.) [727 NYS2d 671] —Order unanimously affirmed without costs. Same Memorandum as in *Matter of Quinn S.* (284 AD2d 1015 [decided herewith]). (Appeal from Order of Erie County Family Court, Townsend, J.—Neglect.) Present—
Pigott, Jr., P. J., Wisner, Hurlbutt, Kehoe and Burns, JJ.

■ In the Matter of TAYLOR S., an Infant. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; KIM S., Appellant. (Appeal No. 3.) [727 NYS2d 671] —Order unanimously affirmed without costs. Same Memorandum as in *Matter of Quinn S.* (— AD2d — [decided herewith]). (Appeal from Order of Erie County Family Court, Townsend, J.—Neglect.) Present—Pigott, Jr., P. J., Wisner, Hurlbutt, Kehoe and Burns, JJ.